# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

DANIEL CALLAHAN, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

AMERICAN CITY BUSINESS JOURNALS, INC.

        Defendant.

Case No. 3:21-cv-12832
Hon. Robert H. Cleland

---

Philip L. Fraietta
Joseph I. Marchese
Bursor & Fisher, P.A.
Attorneys for Plaintiff
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com
jmarchese@bursor.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
William Kalas (P82113)
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
(284) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Kristen C. Rodriguez
Natalie J. Spears
Dentons US LLP
Attorneys for Defendant
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
kristen.rodriguez@dentons.com
natalie.spears@dentons.com
emily.golding@dentons.com

Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Clark Hill PLC
151 South Old Woodward Ave., Suite 200
Birmingham, MI 48226
(248) 642-9692
pkupelian@clarkhill.com
cschley@clarkhill.com

- 2 -

Frank S. Hedin
Arun G. Ravindran
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

_____

### STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

This matter is before the Court on the Stipulation of Plaintiff and Defendant, as reflected by the signatures of their counsel below, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which Defendant may file an answer or take any other action in response to Plaintiff's Complaint as permitted by the Federal Rules of Civil Procedure (including, but not limited to, the filing of a counterclaim, third-party claim or any motion), is extended through and includes May 23, 2022.

Date: March 31, 2022         s/Robert H. Cleland
                             HON. ROBERT H. CLELAND
                             U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| /s/ *Philip L. Fraietta* (w/permission) | /s/ *Kristen C. Rodriguez* |
| Philip L. Fraietta | Kristen C. Rodriguez |
| Joseph I. Marchese | Natalie J. Spears |
| Bursor & Fisher, P.A. | Dentons US LLP |
| 888 Seventh Avenue | 233 South Wacker Drive, Suite 5900 |
| New York, NY 10019 | Chicago, IL 60606 |
| (646) 837-7150 | (312) 876-8000 |
| pfraietta@bursor.com | kristen.rodriguez@dentons.com |
| jmarchese@bursor.com | natalie.spears@dentons.com |
| | |
| E. Powell Miller (P39487) | Peter B. Kupelian (P31812) |
| Sharon S. Almonrode (P33938) | Carol G. Schley (P51301) |
| Dennis A. Lienhardt (P81118) | Clark Hill PLC |
| William Kalas (P82113) | 151 S. Old Woodward Ave, Ste. 200 |
| The Miller Law Firm, P.C. | Birmingham, MI 48226 |
| 950 W. University Drive, Suite 300 | (248) 642-9692 |
| Rochester, MI 48307 | pkupelian@clarkhill.com |
| (284) 841-2200 | cschley@clarkhill.com |
| epm@millerlawpc.com | |
| ssa@millerlawpc.com | *Attorneys for Defendant* |
| dal@millerlawpc.com | |
| wk@millerlawpc.com | |

Joseph I. Marchese
Philip L. Fraietta
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com