# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANIEL CALLAHAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN CITY BUSINESS JOURNALS, INC.,<br><br>  Defendant. | Case No.:  21-cv-12832-RHC-CI |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Callahan hereby dismisses without prejudice all claims against Defendant American City Business Journals, Inc.

Dated:  New York, New York
        May 24, 2022

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL  33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email:  fhedin@hedinhall.com

                                                **THE MILLER LAW FIRM, P.C.**
                                                E. Powell Miller (P39487)
                                                Sharon S. Almonrode (P33938)
                                                Dennis A. Lienhardt (P81118)
                                                William Kalas (P82113)
                                                950 W. University Drive, Suite 300
                                                Rochester, MI 48307
                                                Tel: 248-841-2200
                                                epm@millerlawpc.com
                                                ssa@millerlawpc.com
                                                dal@millerlawpc.com
                                                wk@millerlawpc.com

                                                *Attorneys for Plaintiff*